UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are ***not*** confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

9th Circuit Case Number(s): 15-35559

District Court/Agency Case Number(s): 3:15-cv-00067-SLG

District Court/Agency Location: U.S. District Court for the District of Alaska

Case Name: Alaska Wilderness League, et al. v. Sally Jewell, et al.

If District Court, docket entry number(s) of order(s) appealed from: Doc. 59

Name of party/parties submitting this form: Plaintiffs-Appellants Alaska Wilderness League, et al.

## Please briefly describe the dispute that gave rise to this lawsuit.

This lawsuit arises out of the decision of the Secretary of the Interior to promulgate an incidental take regulation for the take of Pacific walruses during offshore oil and gas exploration activities in the Chukchi Sea, part of the U.S. Arctic Ocean. The lawsuit alleges the Secretary of the Interior promulgated the regulation in violation of the Marine Mammal Protection Act and the National Environmental Policy Act.

## Briefly describe the result below and the main issues on appeal.

On July 2, 2015, the Alaska district court issued an order denying Alaska Wilderness League, et al.'s motion for summary judgment, Doc. 59.

The main issues on appeal are whether the Secretary of the Interior violated the Marine Mammal Protection Act and the National Environmental Policy Act when she promulgated the incidental take regulation for the take of Pacific walruses during offshore oil and gas exploration activities in the Chukchi Sea.

## Describe any proceedings remaining below or any related proceedings in other tribunals.

On July 8, 2015, Alaska Wilderness League, et al. moved for an injunction pending appeal, Doc. 63. The motion is pending at the district court.

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information ***in confidence*** directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature s/ Erik Grafe s/ Nathaniel S.W. Lawrence

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for Plaintiffs-Appellants Alaska Wilderness League, et al.

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

## SERVICE LIST

Counsel for Plaintiffs-Appellants Alaska Wilderness League, Center for Biological Diversity, Greenpeace, Inc., Resisting Environmental Destruction on Indigenous Lands, and Sierra Club:

Erik Grafe
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.792.7102
F: 907.277.1390
E: egrafe@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
T: 907.586.2751
F: 907.463.5891
E: ejorgensen@earthjustice.org

Counsel for Plaintiff-Appellant Natural Resources Defense Council:

Nathaniel S.W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
T: 360.534.9900
E: nlawrence@nrdc.org

Jared E. Knicley
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th Street NW, Suite 300
Washington, DC 20005
T: 202.513.6242
E: jknicley@nrdc.org
F: 202.289.1060

Counsel for Federal Defendants-Appellees Sally Jewell, United States Secretary of the Interior, and the United States Fish and Wildlife Service:

Meredith L. Flax
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
T: 202.305.0404
F: 202.305.0275
E: meredith.flax@usdoj.gov

David B. Glazer
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
T: 415.744. 6491
F: 415.744.6476
E: david.glazer@usdoj.gov

Counsel for Alaska Oil and Gas Association, Intervenor-Defendant:

Jeffrey W. Leppo
Ryan P. Steen
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
T: 206.624.0900
F: 206.386.7500
E: jeffrey.leppo@stoel.com
E: ryan.steen@stoel.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, I electronically filed the foregoing MEDIATION QUESTIONNAIRE, with the attached SERVICE LIST, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Respectfully submitted this 15th day of July, 2015.

*s/ Erik Grafe*
Erik Grafe
EARTHJUSTICE